IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. |
| | ) | |
| v. | ) | (JUDGE          ) |
| | ) | |
| MICHAEL A. GANTZ, | ) | |
| | ) | (ELECTRONICALLY FILED) |
| Defendant. | ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

Between on or about July 24, 2009 and January 28, 2010, in the Middle District of Pennsylvania, the defendant,

MICHAEL A. GANTZ

being an agent of a state government agency, to wit: The Pennsylvania General Services Administration, a state government agency that received benefits in excess of $10,000 under a federal program involving a grant, contract, subsidy, loan guarantee, insurance or other form of federal assistance during each one-year period before, during, and after the commission of the offense, stole property worth at least $5,000 which was owned by, and under the care, custody and control of the

Pennsylvania General Services Administration, to wit: approximately 610 U.S. military combat helmets.

In violation of Title 18, United States Code, § 666(a)(1)(A).

*Peter Smith*
PETER J. SMITH
UNITED STATES ATTORNEY

11-21-14
DATE