## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIM. NO. |
| | ) |
| v. | ) |
| | ) (                    , J.) |
| MICHAEL A. GANTZ, | ) |
| | ) |
| Defendant. | ) (ELECTRONICALLY FILED) |

## P R A E C I P E

TO:  MARIA ELKINS, CHIEF CLERK:

MADAM:

Please issue a summons against the above named individual in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure.  Counsel for the defendant has agreed to accept service of this summons on behalf of the defendant through the United States mail at the following address:  Heidi R. Freese, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania  17101-2540.

Respectfully submitted,

PETER J. SMITH
United States Attorney


s/ Bruce Brandler
Bruce Brandler
Assistant U.S. Attorney
Attorney I.D. No. PA62052
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, Pennsylvania 17108-1754
(717) 221-4482
(717) 221-4582 (Facsimile)
bruce.brandler@usdoj.gov (eMAIL)

Date: November 21, 2014